IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRANAV BHATTACHARYA and NAVANEETHA KOOTHAPILLAI, individually and for all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAPGEMINI NORTH AMERICA, INC. and CAPGEMINI FINANCIAL SERVICES USA, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-07950<br>)<br>) Honorable Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING APPROVAL OF
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND SERVICE PAYMENTS TO THE NAMED PLAINTIFFS

On November 13, 2018 the Court heard Plaintiffs' Unopposed Petition for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Payments to the Named Plaintiffs (the "Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiffs, as well as Plaintiffs' presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

　　1.　　Class Counsel are awarded $330,000.00 in attorneys' fees.

　　2.　　Class Counsel are awarded reasonable litigation expenses in the amount of $25,000.00 and settlement administration costs in the amount of $17,000.00.

　　3.　　The Court finds that Named Plaintiffs, Pranav Bhattacharya and Navaneetha Koothapillai, in prosecuting the case on behalf of the Class, made a substantial contribution to its outcome, and are therefore deserving of service payments in recognition of their efforts. Service

2

Payments in the amount of $10,000.00 to each of the Named Plaintiffs are therefore awarded, in addition to any pro rata share of the settlement fund to which they are entitled.

4. The foregoing awards shall be paid from the Maximum Gross Settlement Fund of $990,000.00.

**IT IS SO ORDERED.**

Dated: November 13, 2018 _____
The Honorable Matthew F. Kennelly
United States District Court Judge
Northern District of Illinois